# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## ASHLAND DIVISION

| | |
|---|---|
| APRIL MILLER, ET AL., | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : 0:15-CV-00044-DLB |
| KIM DAVIS, ET AL., | : DISTRICT JUDGE |
| | : DAVID L. BUNNING |
| Defendants. | : |
| KIM DAVIS, | : |
| Third-Party Plaintiff, | : |
| v. | : |
| STEVEN L. BESHEAR, in his official capacity as Governor of Kentucky, and WAYNE ONKST, in his official capacity as State Librarian and Commissioner, Kentucky Department for Libraries and Archives, | : |
| Third-Party Defendants. | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendant/Third-Party Plaintiff Kim Davis ("Davis"), by and through her undersigned counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the September 3, 2015 Order granting Plaintiffs' Motion Pursuant to Rule 62(c) to Clarify the Preliminary Injunction Pending Appeal (D.E. 74). A copy of the September 3, 2015 Order from which Davis appeals is attached hereto as Exhibit "A."

Davis has paid by ECF online payment in the amount of $505.00 for the notice of appeal fee specified by the United States District Court for the Eastern District of Kentucky's Fee Schedule.

The parties to the order appealed from and the names and addresses of their attorneys are as follows:

*Plaintiffs*: April Miller, Karen Ann Roberts, Shantel Burke, Stephen Napier, Jody Fernandez, Kevin Holloway, L. Aaron Skaggs, and Barry Spartman

*Attorneys for Plaintiffs*:

Daniel J. Canon
L. Joe Dunman
Laura E. Landenwich
CLAY DANIEL WALTON ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, KY 40202

William Ellis Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202

*Third-Party Defendants*: Steven L. Beshear, Governor of Kentucky and Wayne Onkst, Commissioner of Kentucky Department for Libraries and Archives

*Attorneys for Gov. Beshear and Commr. Onkst*:

William M. Lear, Jr.
Palmer G. Vance II.
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1380

| | |
|---|---|
| DATED: September 8, 2015 | Respectfully submitted: |
| | /s/ Jonathan D. Christman |
| A.C. Donahue | Roger K. Gannam |
| Donahue Law Group, P.S.C. | Jonathan D. Christman |
| P.O. Box 659 | Liberty Counsel |
| Somerset, Kentucky 42502 | P.O. Box 540774 |
| Tel: (606) 677-2741 | Orlando, Florida 32854 |

2

Fax: (606) 678-2977
ACDonahue@DonahueLawGroup.com

Tel: (800) 671-1776; Fax: (407) 875-0770
rgannam@lc.org / jchristman@lc.org

*Attorneys for Defendant/Third-Party Plaintiff Kim Davis*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF filing system and therefore service will be effectuated by the Court's electronic notification system upon all counsel or parties of record:

Daniel J. Canon
L. Joe Dunman
Laura E. Landenwich
CLAY DANIEL WALTON ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, KY 40202
dan@justiceky.com
joe@justiceky.com
laura@justiceky.com

William Ellis Sharp
ACLU OF KENTUCKY
315 Guthrie Street, Suite 300
Louisville, KY 40202
sharp@aclu-ky.org
*Attorneys for Plaintiffs*

Jeffrey C. Mando
Claire Parsons
ADAMS, STEPNER, WOLTERMANN &
DUSING, PLLC
40 West Pike Street
Covington, KY 41011
jmando@aswdlaw.com
cparsons@aswdlaw.com
*Attorneys for Rowan County*

William M. Lear, Jr.
Palmer G. Vance II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380

*Attorneys for Governor Steven L. Beshear and Commissioner Wayne Onkst*

DATED: September 8, 2015

/s/ Jonathan D. Christman
Jonathan D. Christman
*Attorney for Defendant/Third-Party Plaintiff Kim Davis*

4